IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CHRISTOPHER DENDY,                    )
                                      )
        Plaintiff,                    )
                                      )
v.                                    )     CASE NO. CV422-127
                                      )
OS RESTAURANT SERVICES, LLC,          )
doing business as                     )
Carrabba's Italian Grill, Inc.,       )
                                      )
        Defendant.                    )
                                      )

O R D E R

Before the Court is Plaintiff's Voluntary Dismissal with
Prejudice. (Doc. 7.) Federal Rule of Civil Procedure
41(a)(1)(A)(i) provides that a plaintiff may dismiss an action by
filing "a notice of dismissal before the opposing party serves
either an answer or a motion for summary judgment[.]" Because
Defendant has filed neither an answer nor a motion for summary
judgment in this case, Plaintiff's request (Doc. 7) is **GRANTED**.
Here, Plaintiff has requested a dismissal with prejudice. (Id.)
Accordingly, this action is **DISMISSED WITH PREJUDICE**. The Clerk of
Court is **DIRECTED** to close this case.

SO ORDERED this 20th day of September 2022.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA